The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-361-TSZ |
| Plaintiff, | |
| v. | |
| PATRICK ALLEN SMITH, | **FINAL ORDER OF FORFEITURE** |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One Proscan tablet, model PLT7223G, Serial No. A1309101130010047;
2. One Sandisk Micro SD 8GB;
3. One Toshiba Micro SD 4GB;
4. One KingMax Micro SD 512 MB;
5. One Samsung Galaxy S4, Serial No. 990003378288019;
6. One Motorola Cricket cellular phone IMEI, Serial No. 354997051980927; and,
7. Any and all visual depictions and/or images of minor children engaged in sexually explicit conduct, in whatever form and however stored.

Final Order of Forfeiture - 1
*U.S. v. Patrick Allen Smith,* CR15-361-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement Defendant Patrick Allen Smith ("the Defendant") entered on May 17, 2016, he forfeited his interest in the above-listed property pursuant to 18 U.S.C. § 2253 (providing for the forfeiture of property used or intended to be used to commit or to promote the possession of child pornography and prohibited visual depictions of children engaged in sexually explicit conduct) (Dkt. No. 37);
- On September 12, 2016, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's right, title, and interest in it (Dkt. No. 51).
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 55); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Secret Service ("USSS"), and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

IT IS SO ORDERED.

Final Order of Forfeiture - 2
*U.S. v. Patrick Allen Smith,* CR15-361-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  DATED this 13th day of March, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

_____
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 3
*U.S. v. Patrick Allen Smith,* CR15-361-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970